MILDRED C. ALBRECHT, Appellant, v. GEORGE HOPPE, SR., and GEORGE HOPPE, JR., Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ORRIN THOMAS, Respondent, v. FRENCH CLEANERS, INCORPORATED, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES J. BOUGHTON and Others, for Themselves and All Others Similarly Situated, Respondents, v. ELIZABETH B. BALDWIN and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HENRY H. WALRATH, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Order of dismissal, entered June 27, 1929, vacated and appeal restored to calendar, on stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDITH M. DEWEY, Respondent, v. THE CITY OF BUFFALO, Appellant.— Appeal dismissed unless ready for argument at opening of November term. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

VINCENZO ALAIMO, Respondent, v. LUCIA P. ANGE and Others, Appellants.— Appeal dismissed unless ready for argument at opening of November term. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GRACE V. ANDERSON, as Administratrix, etc., of CLARENCE A. ANDERSON, Deceased, Appellant, v. JEROME A. CROWLEY and Others, Respondents.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ISABELLE CURCI and Another, Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellant shall file and serve printed records by October eighth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

STEPHEN AMES, Respondent, v. M. E. CHAPMAN, Appellant.— Appeal dismissed unless appellant shall file and serve printed records by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

A. H. HARRIS, Respondent, v. MAYNARD RUSSELL, Appellant.— Appeal dismissed unless appellant shall file and serve printed records by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Condemnation of Lands in the TOWN OF SCIPIO, CAYUGA COUNTY, N. Y., FOR THE WYCKOFF-CASCADE PARTS 1 AND 2, COUNTY HIGHWAY, CONSEC. PETITION No. 4016, CAYUGA COUNTY.— Stay continued upon condition that appellant file and serve the printed records by October fifteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.